UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-227 ADM/SRN

| | | |
|---|---|---|
| ARNALDO H. GUERRERO, | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| CURTIS J. ALJETS, INS, | ) | |
| Respondent. | ) | |

Upon application of Respondent no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Respondent shall be, and hereby is, granted an extension of time to respond to the Complaint of Petitioner to April 1, 2001.

Dated:

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED MAR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK